orig

UNITED STATES DISTRICT COURT
Eastern DISTRICT OF NEW YORK

Jaime Luis Rodriguez Jr.

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Sgt. Knapp   83rd Pct.
Officer Mcrann   83 Pct.
NYC Police Department  83 Pct.
Police Commissioner RayMond Kelly
City of New York
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUN 27 2012  ★

**BROOKLYN OFFICE**

**COMPLAINT**

12-CV-3253
AMON, CH.J.

(check one)

POLLAK ORIGINAL

RECEIVED
JUN 27 2012
PRO SE OFFICE

---

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Current Institution

| Plaintiff | | |
|---|---|---|
| Name | Jaime Luis Rodriguez Jr. | ID# 141-12-07718 |
| Street Address | 95-23 Supthin Blvd | O.B.CC |
| County, City | Jamaica | 1600 Hazen st. |
| State & Zip Code | N.Y. 11435 | East Elmhurst N.Y. 11370 |
| Telephone Number | (347) 957-8099 | |

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Sgt. Knapp   83 Pct.
Street Address  480 Knickerbocker Ave

*Rev. 05/2010*

Defendant # 5

Name - City of New York

County, City Brooklyn
State & Zip Code New York 11237
Telephone Number (718) 574 - 1605

Defendant No. 2    Name Officer Mcrann 83 Pct.
Street Address 480 Knickerbocker Ave
County, City Brooklyn
State & Zip Code New York 11237
Telephone Number (718) 574 - 1605

Defendant No. 3    Name Police Department 83 Pct.
Street Address 480 Knickerbocker Ave
County, City Brooklyn
State & Zip Code New York 11237
Telephone Number (718) 574 - 1605

Defendant No. 4    Name Raymond Kelly Commissioner N.Y.P.D
Street Address
County, City
State & Zip Code
Telephone Number
                    See Attached for Defendant #5

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions                    ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Amend # 4, 8

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship
Defendant(s) state(s) of citizenship

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

"Facts"

On June 06, 2012 after midnight (June 7, 2012), I was walking back from the 24 hour store on DeKalb Ave + Knickerbocker Ave after purchasing a bag of chips and a Soda. I use a cane that was prescribed to me by my medical doctor because I have severe lower left side back pain as well as a herniated disc in my lower spine in which I take alot of pain medication prescribed to me by my doctor. Once I crossed DeKalb Ave going toward Hart st., an unmarked gray or silver police cruiser pulled over on my left side in front of me. I noticed there were two officers, a Sargeant on the passenger side and a rookie officer who was driving the unmarked cruiser. As I was walking the officers got out of the vehicle and stepped in front of me. I asked the officers if there was a problem. They did not answer me and asked me if I had any Identification, also if I had paperwork for the cane that I use to walk for my back problem. I showed them my non-driver I.d., Benefit card and told them that my papers for my cane are home which was only one block away at 815 Hart st. Apt 3L. I also told them that I was admitted the week before for an ulser and I just got discharged from Wyckoff Hospital the day before, because of a rare condition called "Priapism", so basically I had an erection (bulge) in my pants. The Officers ordered me to stand behind their cruiser and to place my hands on top of the trunk while the officers conversed secretly by the front of their cruiser for a couple of minutes, which made me feel uncomfortable.

①

I asked them, "am I under arrest for something?" They did not respond then the rookie officer grabbed my arms to handcuff me and placed me in the backseat of the cruiser. Once inside the car I complained about the handcuffs being way to tight, that I could not feel my hands. Of course the officers ignored me. In pain I also asked the rookie officer, "What is your probable cause to stop me?" The officer looked over at the sargeant then he replied, "I did not feel that you needed a cane to walk that's why I stopped you". I right away replied by asking "Who made you a doctor to make medical assessments? Do you have a medical license? I explained before that my cane is prescribed by my doctor." So I asked them again "am I under arrest!?" And again they ignored me. Once we got to the 83rd Precinct they walked me through the backway to the front desk and handed another sargeant some papers. I asked the desk sargeant "what am I being arrested for sir?" The Sargeant told me "Criminal Possession of a controlled Substance in the 7th degree (Crack Cocaine)". I right away started screaming "This is bullshit!!, this is a fuckin set up and you know it! My rapsheet has no drug charges on it, you got to be fuckin kidding me" I said. There were other officers there who grabbed me and forced me to the cell area where they tightned the handcuffs more and pushed me into a cell. They left me in the cell for about an hour and a half with the cuffs digging into my wrists. I kept screaming "Take these fuckin cuffs off

of me!" After awhile later two officers came to the cell area opened the door ran inside and started to man handle me by pulling me up by my cuffs. I was in so much pain that I wanted to die! The tossed me on my back reinjuring my back. They cut my belt off my pants, ripped my sneakers off and threw them outside the cell, cut the string from my hooded sweat-shirt. Picked me up threw me on the bench and started to bang my right side of my head on the cell wall to the point that I thought I was going to pass out. I was crying in pain I wanted them to stop so bad. After about ten minutes of this abuse they finally stopped. As they were leaving they had smirks on their faces like they were happy that I was in escrutiating pain. I was screaming and crying for about three hours that my back hurts please take me to the hospital. I screamed and cried so much that I fell asleep. I could have died if my head was anymore banged up. My head was so swollen that I looked like the elephant man. These officers in the 83rd Precinct refused to give me medical attention and that is wrong.

When I got to see the Judge finally he asked the ADA if she read the complaint. The complaint read that the officers probable cause for stopping me was that they noticed a "bulge" in my pants. The Judge said what are you kidding me, "A bulge in his pants!" and started laughing. They charged me with disorderly conduct, one day community work and a $120 dollar fine.

3

That's not right.

These officers are being sued in their individual
capacity as Police Officers. The Commissioner Raymond
Kelly is being sued because he is responsible for the
training of the Stop and Frisk Program and also the
City of New York under the Monell claim.

(4)

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? On the Corner of Knickerbocker Ave + DeKalb Ave, Brooklyn NY.

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
6/7/12    12:07 AM

C.    Facts: See Attached "Facts"

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My wrists are badly swollen, deeply scarred and I do not have feeling in both my hands. Catscan for swelling of my head and suffer migraine headaches. Herniated disc in my lower back which was reinjured and in a lot of pain. Pain + Suffering, worsening of my existing condition of Deep Depression + ADHD, Bipolar, Flashbacks + nightmares. Because of the set up now I have a drug charge on my record for life. Abuse of Power, Brutality, Malicious Prosecution, Racial Profiling, Constitution Amend# 4, 8. Deliberate indifference to my serious medical needs.

*Rev. 05/2010*

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I would like the Court to teach these so called Police Officers who are supposed to protect + serve the City of New York, that just because they have a badge + Authority that they cannot violate citizens constitutional rights whenever they feel like it. The stop + frisk program is way out of control and it's turning the Public against the N.Y.P.D.

Compensatory - $ 2,000,000
Punitive - $ 2,000,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16ᵗʰ day of June , 2012

Signature of Plaintiff    Jaime L. Rodriguez Jr.

Mailing Address    95-23 Supthin Blvd 2ⁿᵈ Fl.
Jamaica, N.Y. 11435

Telephone Number    (647) 957-8099

Fax Number *(if you have one)*

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 16ᵗʰ day of June , 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Eastern District of New York.

Signature of Plaintiff:    Jaime L. Rodriguez Jr.

Inmate Number    B+C # 1411207718

N.Y.S.I.D # 6689142L

*Rev. 05/2010*